SIDNEY PELTYN v. GLORIA PALAST CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. Claim No. S & M Tax 15. Department of Taxation and Finance of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BARNET LUBINSKY v. BARNET HOFFMAN and Another, Impleaded with HARRY DUKE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDWIN F. COFFIN v. BYRDIE SHOUR, Individually and as Administratrix of the Estate of LOUIS N. SHOUR, Deceased, Impleaded, etc.— Motion for reargument granted; and the reargument having been had, the order of this court entered February 7, 1936, is vacated; the judgment is reversed and a new trial ordered, with costs to abide the event; such new trial, however, to be limited to the question of the extent of the plaintiff's interest in the proceeds of the policies. Settle order on notice, reversing findings inconsistent with this decision. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 246 App. Div. 263.]

LOUISE V. HAEBLER v. JACOB SIEGEL and JOHN RIEGELMAN, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Petition of HENRY J. S. HALL for a Determination of the Question as to the Validity, Construction and/or Effect of the Disposition of Property Contained in Paragraph " Thirteenth " of the Last Will and Testament of MARTHA M. HALL, Deceased. HENRY J. S. HALL, Appellant; JAMES JAY MORGAN and LAURENCE A. STEINHARDT, as Executors and Trustees, and JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Respondents.— Decree, construing paragraph thirteenth of decedent's will as creating a valid charitable trust, affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent. [156 Misc. 841.]

JOHN J. SULLIVAN, INC., Respondent, v. BROOKLYN NATIONAL BANK OF NEW YORK, Appellant.— This action is brought to recover for the wrongful dishonor by defendant of several checks drawn by plaintiff in the course of its business between April 23, 1931, and April 30, 1931. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.